COURT OF APPEALS NUMBER: 03-15-00397-CV

JASON WHITLOCK     §     COURT OF APPEALS
  APPELLANT     §     THIRD DISTRICT OF TEXAS
    §
VS.     §
    §
THE STATE OF TEXAS     §
    §

FILED
*September 8, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## VOLUNTARY DISMISSAL

TO THE HONORABLE COURT OF APPEALS:

    Comes now, Jason Dale Whitlock. Appellant (Pro-se) in the above referenced cuase number, and respectfully moves the Court to dismiss all proceedings in regards to cause no: 03 -15-00397-CV.

## PRAYER

Wherefore premises considered, Appellant respectfully request that The Court Of Appeals dismiss ALL proceedings regarding this matter.

## CERTIFICATE OF SERVICE

    I Jason Whitlock, do hereby certify that a true and correct copy pf Appellant's Voluntary Dismissal was mailed to the Court of Appeals, Third District of Texas via, U.S. Postal services and was mailed from the Ellis Units mail drop box on September 4, 2015.

Respectfully submitted,

Jason Dale Whitlock #1877065

*Jason Whitlock #1877065*

Ellis Unit
1697 F.M. 980
Huntsville, Texas. 77343

RECEIVED
SEP 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

TO The Clerk of:
The Court of Appeals
Third District of Texas

September 3,2015

Dear Clerk,

        My name is Jason Whitlock and I have an active cause number within these courts. 03-15-00397-CV. Please find enclosed my request to voluntarily withdraw from all proceedings pertaining to this matter. I would not have proceeded to this point if I did not believe that my property and interests were not voilated by my county and district courts, but truth be told, I really don't have a clue to what I am doing. I apologize for any inconveniences that I may have caused and will not tie up anymore of the courts time.

                            Sincerely,

                            Jason Whitlock #1877065

RECEIVED

SEP 0 8 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

Jarrod Whitlock #1870065
Ellis Unit
1697 F.M. 980
Huntsville, Texas 77343

HOUSTON TX 770
04 SEP 2015 PM 6 L

78711254747

Court of Appeals
Third District of Tx.
P.O. Box 12547
Austin, Texas 78711-2547